51 A.3d 182

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Sharon WIGGINS, Petitioner.**

**No. 103 MAL 2012.**

Supreme Court of Pennsylvania.

Aug. 15, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of August 2012, the Petition for Allowance of Appeal is **DENIED** without prejudice to the petitioner's right to file another PCRA petition premised on *Miller v. Alabama,* —— U.S. ——, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012).